UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:                                :
                                      :   Case No. 10-55905
Shawn E. McKeen,                      :   Chapter 7
                                      :   Judge Hoffman
         Debtor.                      :

**NOTICE TO THE CLERK OF SMALL DIVIDENDS
AND UNCLAIMED DIVIDENDS**

TO THE CLERK OF THE COURT:

The attached check in the amount of **$7.72** represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Medical Park Anesthesiologists, Inc.<br>PO Box 6732, Wheeling, WV 26003 | 1 | $3.05 |
| Cumberland Trail Fire Dist. # 4<br>PO Box 505<br>St. Clairsville, OH   43950 | 5 | $4.67 |

| Total Unclaimed/Small Dividends $25.00 or under | Total Unclaimed Dividends Over $25.00 |
|---|---|
| $7.72 | $0 |

Dated: September 12, 2011              /s/ Thomas McK. Hazlett
                                       Thomas McK. Hazlett, Case Trustee

cc:  U. S. Trustee

                              ###